Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Mae Eddie Phillips

debtor(s)

Chapter 13 Case No. 19-40887-CN 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

HEARING DATE: January 28, 2020
HEARING TIME: 1:30 pm
LOCATION: Courtroom 215

Leo G. Spanos, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee met and conferred with Marc Voisenat on January 13, 2020. Remaining issues:

1. Trustee's Motion to Convert Case to Chapter 7: The Debtor is delinquent $2,791 through December 2019. In lieu of dismissal for failure to make payments, the case should be converted to Chapter 7 based on the non-exempt equity in Debtor's real property.

2. The Debtor's Fifth Amended Chapter Plan (doc. #71) proposes to sell real property by December 14, 2019 and complete the case with a 100 percent distribution to unsecured creditors.

Mr. Voisenat is aware of the issues. The Court entered an order approving sale of real property on December 16, 2019 (doc. #93), and an escrow has been opened. According to Mr. Voisenat, the only remaining contingency is for the Debtor to allow a walk-thru of the property by the buyer but the Debtor is refusing. If the sale does not complete, the Trustee will request conversion to Chapter 7. In the meantime, Mr. Voisenat will contact the Debtor and attempt to facilitate the closing of escrow.

Date: January 15, 2020

/s/ Leo G. Spanos
Signature of Leo G. Spanos
Staff Attorney for Martha G. Bronitsky

|  |  |
|---|---|
| In re<br>　　Mae Eddie Phillips<br>　　　　　　debtor(s) | Chapter 13 Case No. 19-40887-CN 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Mae Eddie Phillips<br>5273 Locksley Ave<br>Oakland,CA 94618 | Marc Voisenat Atty<br>2329 A Eagle Ave<br>Alameda,CA 94501 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: 1/15/2020 | /s/ Colleen Cazadamont<br>Colleen Cazadamont |