Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Mae Eddie Phillips

debtor(s)

Chapter 13 Case No. 19-40887-CN 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO CONVERT**

HEARING DATE: March 31, 2020
HEARING TIME: 1:30 pm
LOCATION: Courtroom 215

Nima Ghazvini, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee met and conferred with Marc Voisenat on March 19, 2020. Remaining issues:

1. Plan is unfeasible: Debtor in default of real estate sale provision;

2. Motion to Convert to Chapter 7: conversion to Chapter 7, rather than dismissal, is in the best interest of creditors;

3. Plan payment delinquency: Debtor has not made a plan payment since January.

Trustee's Counsel has been informed by email that buyers have cancelled the agreement to purchase the property. There is a new buyer, but Debtor has not yet signed the agreement.

Due to Debtor's extensive history in bankruptcy in prior cases and Debtor's recorded inability to sell the property in this case, Trustee requests the court convert this case to Chapter 7.

Date: March 24, 2020

/s/ Nima Ghazvini
Signature of Nima Ghazvini
Staff Attorney for Martha G. Bronistky

| In re | |
|---|---|
|     Mae Eddie Phillips<br>                debtor(s) | Chapter 13 Case No. 19-40887-CN 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Mae Eddie Phillips<br>5273 Locksley Ave<br>Oakland,CA 94618 | Marc Voisenat Atty<br>2329 A Eagle Ave<br>Alameda,CA 94501 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: 3/24/2020 | /s/ ecf service only<br>ecf service only |