Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Mae Eddie Phillips

debtor(s)

Chapter 13 Case No. 19-40887-CN 13

**TRUSTEE'S UNILATERAL PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

HEARING DATE:   April 28, 2020
HEARING TIME:   1:30 pm
LOCATION:       Courtroom 215

Martha G Bronitsky, Chapter 13 Trustee contacted Marc Voisant on 4/21/2020 but telephone conference has not been held due to the following: Additional Information for the Court. Remaining issues:

On 4/19/20 the Debtor filed a skeleton Chapter 13 case 20-40769 in pro per. The Trustee considers this filing to be in bad faith as it is intended to further delay the sale of the property. The debtor's attorney in the present case contacted the Trustee's office this week asking if the Trustee would agree to an Amended Order of Sale recognizing the reduction in price requested by the Buyer. The Debtor does not seem willing nor able to perform under the current case and this case should be Converted to Chapter 7. The Trustee will file a Motion to Dismiss the new case in the next few days.

Date: April 21, 2020

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

Case: 19-40887    Doc# 116    Filed: 04/21/20    Entered: 04/21/20 15:09:33    Page 1 of 2

|  |  |
|---|---|
| In re <br>     Mae Eddie Phillips <br>                 debtor(s) | Chapter 13 Case No. 19-40887-CN 13 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Mae Eddie Phillips <br> 5273 Locksley Ave <br> Oakland, CA 94618 | Marc Voisenat Atty <br> 2329 A Eagle Ave <br> Alameda, CA 94501 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: 4/21/2020 | /s/ ECF only <br> ECF only |