

The following constitutes the order of the Court.
Signed: April 29, 2020

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

MAE EDDIE PHILLIPS,

    Debtor.

Case No. 19-40887 CN
Chapter 13

**ORDER AFTER HEARINGS**

    On April 28, 2020, the court conducted hearings on 1) Chapter 13 plan confirmation, 2) the Chapter 13 Trustee's Motion to Convert and 3) the Debtor's request to amend the Sale Order authorizing her to sell real property located at 5273 Locksley Avenue, Oakland, California (the "Locksley Property"). Appearances were stated on the record. For the reasons stated on the record,

    **IT IS HEREBY ORDERED** that the Debtor's request to reduce the sales price of the Locksley Property to $910,000 is approved. The sale escrow for the Locksley Property shall close by **June 6, 2020**. If the sale escrow does not timely close, the Chapter 13 Trustee shall submit an order converting this case to Chapter 7.

* * * END OF ORDER * * *

ORDER AFTER HEARING

Case No. 19-40887 CN

## COURT SERVICE LIST

Mae Eddie Phillips
5273 Locksley Avenue
Oakland, CA 94618

Other recipients are ECF participants