Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor
Mae Eddie Phillips

## United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re: | Case No.: 19-40887 |
| Mae Eddie Phillips | Chapter 13 |
| Debtor | **DECLARATION OF MAE EDDIE PHILLIPS IN SUPPORT OF EX PARTE APPLICATION TO MODIFY ORDER TO CONVERT** |

I, Mae Eddie Phillips, declare and state the following:

1. I am the debtor in the above referenced action. If called to testify, I could and would testify to those facts set forth below.

2. This case was filed on April 16, 2019. On June 5, 2020, I filed an Amended Ex Parte Application to extend the time to allow me to close the escrow on my house.

3. That application was granted on June 12, 2020 and July 6, 2020 was set as the new date to close escrow.

4. The basis of the prior motion was the debtor's health. The debtor was experiencing symptoms of COVI-19. I was tested but did not test positive. However, the I continued to have symptoms. My doctor told me to quarantine and that if symptoms persisted or got worse, to come into emergency.

5.     I continued to suffer symptoms and they got worse and I went to the emergency room on or about July 2, 2020.

6.     A true and correct copy of the hospital's report is attached as Exhibit A.

7.     It is my understanding that I was exposed to COVID-19 and I was tested again.

8.     I will not receive the results of this test until July 7th or 8th at the earliest.

9.     I remain very concerned about allowing anyone into my home for fear of my health. I am 73 years old, have other medical issues and still feel very sick.  I would ask the court to pay particular attention to pages 1, 2, 5, 9, 11, 12, 13, 14, 15, 16, 17, 18, 20,  and 21

10.    My doctor is unable to give me a timeline on when I can leave my home. So I am requesting 7 weeks to compete the escrow.  This should be enough time for me to get healthy and make new living arrangements.

11.    I am working with my realtor seeking an alternative way to avoid the appraisal requirement.

12.    My realtor tells me that she is expecting another offer that is a cash offer

13.    Therefore, due to ongoing medical issues, I request an extension of time to complete my sale.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 5, 2020

/s/Mae Eddie Phillips

Mae Eddie Phillips- Debtor

# AFTER VISIT SUMMARY

**Sutter Health**

**Mae Phillips**  MRN: 51243931 DoB: 3/22/1947          📅 7/2/2020  📍 Alta Bates Emergency 510-204-2500

## Instructions

Your personalized instructions can be found at the end of this document.



**Your medications have changed today**

See your updated medication list for details.



**Read the attached information**

Viral Illness Adult (ENGLISH)



**Pick up these medications from any pharmacy with your printed prescription**

Celecoxib • ondansetron



**Schedule an appointment with Carolyn D Diemchau, MD as soon as possible for a visit in 1 week (around 7/9/2020)**

Why: Coronavirus test result pending tomorrow. Chest x-ray normal oxygen levels normal lung exam normal. Okay for outpatient treatment. I do suspect greater than 50% you do have coronavirus. Follow-up with your primary care. See quarantine/isolationorder
Specialty: Family Medicine, Pediatrics
Contact: 3300 TELEGRAPH AVE
STE 2102
Oakland CA 94609-3028
510-286-8160

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies (Fully Reviewed on: 07/02/20)

| Agent | Severity | Comments |
|---|---|---|
| Codeine Hydrochloride | | |
| Nsaids | | "extreme nausea and vomiting and some diarrhea, with bloating"-but says celebrex and viox is okay |
| Vicodin [Hydrocodone-acetaminophen] | | |

## Today's Visit

You were seen by Brian Potts, MD

### Reason for Visit
- Cough
- Breathing problem
- Feeding problem
- General illness
- Flu
- Headache

### Diagnoses
- Viral syndrome
- Nonintractable headache, unspecified chronicity pattern, unspecified headache type
- Myalgia
- Cough
- Exposure to 2019 novel coronavirus

### ⚗️ Lab Tests Completed
COMPLETE BLOOD CELL COUNT
COMPREHENSIVE METABOLIC PANEL
CORONAVIRUS 2019 NAA(COVID-19,SARS2)
N-TERM PRO-BRAIN NATRIURETIC PEPTIDE (PROBNP)
TROPONIN I (CARDIAC ENZYME)
URINALYSIS WITH CULTURE IF INDICATED

### 📖 Imaging Tests
CHEST X-RAY, PORTABLE
ELECTROCARDIOGRAM (EKG)

### ⚕️ Medications Given
NaCl 0.9% (FOR BOLUS ONLY)
Stopped at 8:36 PM
ondansetron ODT (ZOFRAN) Last given at 9:13 PM

Case: 19-40887    Doc# 135    Filed: 07/06/20    Entered: 07/06/20 09:54:15    Page 3 of 31

# ED Disposition

ED Disposition    Condition    Comment
**Discharge**

## AFTER CARE INSTRUCTIONS

The examination, treatment and interpretation of diagnostic studies and laboratory tests you received in the emergency department have been provided to you on an emergency basis only and should not be considered to be a substitute for comprehensive, all-inclusive medical care. Any specialty tests (e.g., EKG, x-rays, etc.) that you may have been provided have been interpreted by the Emergency Physician on a preliminary basis. You will be notified promptly of any findings that we feel are significant. A copy of your medical record and the results of any laboratory and other diagnostic studies are available to your follow-up doctor upon request. Your follow-up physician should evaluate you for any new or continuing problems because it is impossible to recognize and treat all elements of injury or illness in an emergency department visit. IF YOU BELIEVE THAT YOUR CONDITION HAS WORSENED OR NEW PROBLEMS DEVELOP, PLEASE RETURN TO THE EMERGENCY DEPARTMENT OR SEE YOUR DOCTOR IMMEDIATELY.

Take this sheet with you to your physician on your next visit.

Your medication list is based on information given by or verified by you (patient) and your family or other sources. It is not meant to substitute for advice/directions given by the prescribing physician, your pharmacist or primary care physician. Please contact them with questions. Discard old lists and update any records with all medication providers or retail pharmacies. Check with your physician before continuing over-the-counter medications, herbals and/or supplements.

\* Do not drive, drink alcohol, or operate machinery for at least 8 hours if you received narcotic or sedative medications.

## PUBLIC SERVICE INFORMATION:

### CHILD SAFETY LAWS
California Law (Vehicle Code 27632.5) requires any child under the age of 8 or less than 4 feet 9 inches tall to be restrained in a federally approved car safety seat whenever traveling in a motor vehicle.

### IF YOU SMOKE
Stopping smoking is one of the most important steps you can take to improve your health. Please call 1-800-NO-BUTTS (800-662-8887) for information on stopping smoking.

### SUICIDE PREVENTION
You can contact a suicide hotline, crisis center, or local suicide prevention center for help right away:
1-800-273-TALK (1-800-273-8255) in the United States.
1-800-SUICIDE (1-800-784-2433) in the United States.
1-888-628-9454 in the United States for Spanish-speaking counselors.
1-800-799-4TTY (1-800-799-4889) in the United States for TTY users.

## ANTIBIOTIC MEDICINE

Antibiotic medicines are used to treat infections caused by **bacteria**. They work by injuring or killing the bacteria that are making you sick. It is important to know that resistance to antibiotics is a growing problem. If taken improperly, antibiotics are more likely to cause resistance in bacteria. Take the prescribed antibiotic exactly as your healthcare professional tells you: for as long as prescribed and in the dose prescribed.

We encourage you to keep your immunizations for pneumonia and influenza up to date, as these will help reduce the possibility of an infection and avoid unnecessary antibiotic exposure.

## NARCOTIC (OPIOID) PAIN MEDICATION INFORMATION AND RESOURCES

If you are taking narcotic pain relievers, such as hydrocodone or oxycodone, please be aware that these can be addictive and may put you at risk of injury or death.

To protect others from overdose and misuse:
- Never share your narcotics
- Store them safely
- Dispose of them promptly when no longer needed

To learn about Safe Storage and Disposal visit, https://www.end-opioid-epidemic.org.

Talk to your health care provider about ways to manage your pain without narcotics. Options with fewer risks may include: non-narcotic medicine and alternative treatments such as nutrition, meditation, massage, essential oils and/or applying heat or cold.

For concerns about narcotic usage, ask your health care provider for a referral to resources in your area. Other resources available are:
- National Institute on Drug Abuse: www.drugabuse.gov
- Substance Abuse and Mental Health Services Administration: www.samhsa.gov
- Nar-Anon at 1-800-477-6291 or https://www.nar-anon.org/find-a-meeting

## BLOOD PRESSURE SCREENING

Today your blood pressure was 140/74. A blood pressure under 120/80 (both numbers) is normal. If your blood pressure was 120/80 (either number) or higher, we recommend lifestyle changes (weight loss, exercise, decreased alcohol consumption, and a diet low in salt and fat and high in fiber) and to have your blood pressure rechecked within 1 year. If your blood pressure was 140/90 (either number) or higher, we recommend lifestyle changes and to call your primary care physician (or a clinic) tomorrow to schedule a blood pressure recheck within 2 weeks. If you have had a second blood pressure reading of 140/90 (either number) or higher, your follow up should include medications for blood pressure, blood tests and an EKG.

# Changes to Your Medication List

## START taking these medications

**ondansetron** 4mg Tab
Commonly known as: ZOFRAN

Take one Tab by mouth every 4 hours as needed for Nausea

## ASK your doctor about these medications

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth twice daily with meals.
**Ask about: Which instructions should I use?**

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth daily.
**Ask about: Which instructions should I use?**

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth daily with food.
**Ask about: Which instructions should I use?**

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth twice daily with meals
**Ask about: Which instructions should I use?**

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth twice daily with meals
**Ask about: Which instructions should I use?**

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth twice daily with meals
**Ask about: Which instructions should I use?**

**\* celecoxib** 200mg Cap
Commonly known as: CeleBREX

Take 1 Cap by mouth twice daily with meals
**Ask about: Which instructions should I use?**

**\* Celecoxib** 50 MG Cap
Commonly known as: CeleBREX

Take 50 mg by mouth twice daily
**Ask about: Which instructions should I use?**

---

✚ \* This list has 8 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

---

## My Health Online

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mho.sutterhealth.org/, click "**Sign Up Now**", and enter your personal activation code: **V3B8V-KSKJ5**. Activation code expires 8/1/2020.

Case: 19-40887    Doc# 135    Filed: 07/06/20    Entered: 07/06/20 09:54:15    Page 6 of 31

**I was tested for Coronavirus (COVID-19) – how do I get my results?**

We understand you may be nervous waiting for your COVID-19 test results. We are doing our best to inform patients as quickly as we can.
- Please make sure you provided us your correct contact information.
- It can take 3-5 days to get COVID-19 test results.
- If you had your test done at a Sutter Health Emergency Department, please do not call the Emergency Department for your test results. Staff do not manage results.

# Coronavirus (COVID-19) and Care at Home

### Coronavirus (COVID-19)
Coronavirus (COVID-19) is a new viral disease that can spread from person to person. Most people with COVID-19 have respiratory illness (in nose, sinuses, throat and lungs) and can get better on their own at home.
A small number of people with COVID-19 have serious problems, like pneumonia or lack of oxygen and need to be in the hospital. In extreme cases, it can lead to organ damage or be life threatening. Because COVID-19 is new, we are still learning how it affects the body and how to treat it.

### Who is this handout for?
Please follow all instructions in this handout if you
- Are waiting for your COVID-19 test results
- Have a positive COVID-19 test result – a confirmed case.
- Have a negative COVID-19 test result **but** have COVID-19 symptoms.
- You are caring for someone who has or may have COVID-19.
- Have COVID-19 symptoms and are waiting to see your healthcare provider or get tested.

### Symptoms of COVID-19
People with these symptoms or combinations of symptoms may have COVID-19:
- Cough
- Shortness of breath or **difficulty breathing**
  - **Seek care right away if you have difficulty breathing**
- Fever: temperature of 100.0°F or higher
- Chills
- Muscle pain
- Headache
- Sore throat
- New loss of taste or smell

You may also feel tired, have a headache or runny nose, or congestion. Some people have nausea, vomiting, diarrhea, or loss of appetite. Few people have reported skin rashes or skin discoloration. These symptoms often happen with other COVID-19 symptoms.

### What is the treatment for COVID-19?
Talk to your healthcare provider about ways to treat your symptoms. See below for ideas. If you are seriously ill, you might need to be treated in the hospital. Please do **not** try any new medicines or treatments for COVID-19 without talking to a healthcare provider first.

### Caring for COVID-19 symptoms
- Take over-the-counter and/or prescription medicines as instructed by your healthcare provider.
- Get plenty of rest.

- Drink adequate water or juice to replace fluids lost from fever. Drink enough that your urine (pee) is light yellow.
  - If you have heart or kidney problems or diabetes, follow instructions from your healthcare provider about how much to drink.
- Use cool mist humidifiers to help ease congestion and coughing.
- Use pillows to prop yourself up to make it easier to breathe and sleep. You may also find it easier to sleep on your stomach.
- Do not smoke or vape any products. Do not use chewing tobacco.
- Do not drink alcohol including beer, wine or mixed drinks.

**Check in.** Call or see a doctor or nurse today.

**Seek medical care if you get worse**

Most people with COVID-19 seem to get better after about two weeks.

In few cases, people get worse very quickly after being sick, or even when starting to feel better. This can happen around 5-12 days after you first have symptoms. It is very important to watch how you are feeling during this time. If you get worse or do not get better as expected, contact your healthcare provider or seek care. Do not try to "tough it out." If you visit a care center, call first. Tell them that you have or may have COVID-19.

 Red Zone | **Call 911 or go to the hospital!** You need emergency care.

**Call 9-1-1 or go to the emergency room if you have a medical emergency.**

Alert dispatcher or hospital staff before to tell them you have or may have COVID-19. If you drive, hospital staff may meet you at your car.

Emergency warnings signs for COVID-19 can include:
- Trouble breathing. Breathing harder or faster than before or you feel like you are getting less air. It is hard to speak full sentences.
- Constant pain or pressure in the chest.
- Face or lips have a blue color.
- New confusion or cannot think clearly.
- Can't wake up, or hard to stay awake.

This is not a full list of all possible symptoms. Seek help for any other severe symptoms that you are worried about. **Do not delay getting emergency care for other concerns**. Hospitals are open for all emergencies and can safely separate COVID-19 patients from others.

 Homecare | Stop isolation and care tips

## How long should I follow the home care instructions?

People with COVID-19 are to stay at home and away from others. This is called "self isolating". You are to self isolate **even if you tested negative** for COVID-19 but still have COVID-19 symptoms.

### When can I stop isolating?

1. It has been at least full 3 days since you had a fever (100.0°F or higher) without using medicine to reduce your fever (Advil, Tylenol, aspirin, etc.).
2. **AND** your symptoms are improving

3. **AND** it has been at least full 10 days since your symptoms first appeared **OR** you received two negative COVID-19 tests in a row at least 24 hours apart.

If you tested positive for COVID-19 but never had symptoms, you should stay at home until it has been at least full 10 days since the date of your first positive test **OR** you received two negative COVID-19 tests in a row at least 24 hours apart.

## Ten Steps for Home Care for Patients and Caregivers

Caregivers and patients should follow all steps.

When possible, caregivers should **not be** someone who is higher risk for serious illness from COVID-19. This includes people who are 65 years or older. People who have conditions like heart disease, diabetes, obesity, or lung disease. Or those with weak immune systems.

1. **Stay home**
   - Do not go to work even if you are an essential worker. Do not visit public places like stores. Do not use public transit, ride sharing, or taxis.
   - **Caregivers** should help with groceries, prescriptions and needed items.
   - If you can, use delivery services or ask friends and neighbors for help.

2. **Limit contact with people and pets**
   - As much as possible, stay in a separate "sick" room from others. Use a separate bathroom, if available. Eat in different rooms, if possible.
   - Limit contact with pets.
   - If you have to share space, make sure the room has good airflow. Open windows and turn on a fan if possible.

3. **Wear a face covering over your mouth and nose**
   - When around others, wear a face covering **and** stay 6 feet away.
   - You may use a cloth face covering like a scarf or bandana. Medical facemasks are being saved for healthcare providers others.
   - If you cannot put on a face covering (because of trouble breathing for example), make sure to cover your cough or sneeze with a tissue.
   - **Caregivers** and others should wear face coverings when around you.
   - Cloth face coverings should not be placed on young children under age 2 years.

4. **Cover your coughs and sneezes**
   - Cover your mouth and nose when you cough or sneeze. If you are not wearing a face covering, use a tissue. Right after, throw your tissue in a trash can lined with a trash bag.
   - If you are wearing a face covering, cough or sneeze into your elbow.
   - Always wash your hands after coughing or sneezing.

5. **Clean your hands often**
   - **You and your caregiver** should clean your hands often.
   - Use soap and water for at least 20 seconds.
   - Or clean your hands with an alcohol-based hand sanitizer that contains 60% to 95% alcohol.
   - Avoid touching your eyes, nose, and mouth with unwashed hands

6. **Do not share household items**
   - Do not share dishes, drinking glasses, cups, eating utensils, towels, bedding, electronics, or other items with other people in your home.

7. **Clean dishes, laundry and trashcans carefully**
   - **Caregivers** should wear gloves when touching dirty laundry, dishes and emptying trashcans. After removing gloves, wash hands.
   - For laundry, use warm or hot settings. Disinfect hampers.
   - For dishes, use hot water and soap or a dishwasher.

- Use a trash bag – or lined trashcan – for used tissues, gloves, etc.

8. **Clean and disinfect around the house**
   - **Caregivers** should use gloves and a face covering when cleaning. Wash hands after.Especially when cleaning body fluids like blood, vomit, mucas, or urine (pee).
   - Every day, clean and use a household disinfectant on surfaces that are touched often or have body fluids on them.
     - Surfaces touched often include counters, tables, doorknobs, sink fixtures, toilets, phones, keyboards, tablets, and bedside tables.
   - **Caregivers** should clean the separate "sick" room and bathroom when needed. If the patient is able, have them clean their own space.
   - If sharing a bathroom, **caregivers** should clean after each time it is used by the patient. Wait as long as possible after it is used to clean.

9. **Stay in touch with your healthcare provider**
   - If you have a regular healthcare provider, keep them updated.
   - If you need to see a healthcare provider, call ahead to tell them you have or may have COVID-19. Wear a face covering to your visit.

10. **Caregivers should watch for signs of COVID-19.**
    - Caregivers should watch for symptoms of COVID-19 in themselves. If you get sick, call your healthcare provider. Make sure they know you are caring for someone who has or may have COVID-19.

**What can I do to feel better emotionally?**

You might be feeling anxious, stressed or lonely. Connect with people you enjoy. To talk to a trained counselor, call the Disaster Distress Helpline: 800-985-5990 or text "TalkWithUs" to 66746.

**Sutter Health Resources** www.sutterhealth.org/for-patients/health-alerts/2019-novel-coronavirus
- Call the COVID-19 Nurse Advice Line at 866-961-2889 to speak to a registered nurse with questions and concerns.
- Schedule a virtual care visit with a clinician by using My Health Online (www.sutterhealth.org/myhealthonline) or calling 1-800-972-5547.

**Other Resources**
- Dial 211 (Deaf and Hearing Impaired 711) to connect with local resources such as food, housing and more. Or visit www.211.org
- Centers for Disease Control and Prevention (CDC): www.cdc.gov/coronavirus/ for the latest information on COVID-19.

For CDC information in other languages: https://www.cdc.gov/coronavirus/2019-ncov/communication/print-resources.html?Sort=Date%3A%3Adesc&CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fcommunication%2Ffactsheets.html

Updated June 8, 2020

# Instructions

**\*\*FOR ALL PATIENTS\*\***

Our Berkeley Emergency Medical Group (BEMG) doctors and advance practice providers always strive to provide compassionate and high-quality care to every patient at Alta Bates Summit Emergency Department. We hope that during your visit we communicated well, addressed all your concerns, kept you informed, and provided you with a clear discharge plan. If there is anything else we can do for your today, please let us know.

In the next few weeks, you will receive a survey about your experience in our Emergency Department. Please take a few minutes to complete the survey as your feedback is vital. It is very important for us to hear about both positive patient experiences and areas where you feel we could make improvements.

Thank you for choosing Alta Bates Summit Medical Center Emergency Department for your medical care today!

-------------------------------------------------------------------------------------------------------------

If you were given a prescription today, please get it filled within 24 hours and take the medication(s) as directed.

Unless otherwise instructed, you should contact your primary doctor or clinic to arrange Emergency Department follow-up within 48 hours. Please ask your doctor to call for records of this visit.

Be advised that all after-hours X-ray readings are preliminary. If your X-rays were done at night, then they will be officially interpreted by the Radiologist in the morning. We will call to notify you if there are any emergent findings there were not initially noted or may require a change in your treatment plan.

If you have any lab tests sent from the Emergency Department whose results are pending, or any imaging studies that have not been formally read by the Radiologist, they are shown below.

Pending laboratory tests and final interpretations of imaging studies

| Order | Current Status |
|---|---|
| CORONAVIRUS 2019 NAA(COVID-19,SARS2) | In process |

If you have tests pending, contact the Emergency Department within 48 hours (72 hours for cultures) to follow-up on the results. Call between 9:30AM to 5:00PM (best time to call is from 9:30-10:00AM) on the numbers below.

For visits to:

     Alta Bates (Ashby/Berkeley ED) - call 510-204-5028
     Summit (Oakland ED) - call 510-655-4000 ext. 4477

If an HIV screening test was done during your emergency department (ED) visit, we do not notify people if they have a negative test results. You would be contacted directly about a positive test result by your ED provider during your ED visit or East Bay AIDS clinic (EBAC) staff if your result came back after your ED visit. If you have questions about the HIV screening program, please call EBAC at (510) 504-6261. The ED will not disclose results over the phone.

For copies of your records or other records requests, we refer you to call ABSMC Medical Records:

     Alta Bates (Ashby/Berkeley) 510-204-1440
     Summit (Oakland) 510-869-6545.

**If you have been asked to return to the ED for a followup visit for a wound check or other recheck, we recommend the best time to come for a recheck is at 10:00AM on the day requested.**
**IF YOU BELIEVE THAT YOUR CONDITION HAS WORSENED OR NEW PROBLEMS DEVELOP, PLEASE RETURN TO THE EMERGENCY DEPARTMENT OR SEE YOUR DOCTOR IMMEDIATELY.**

Today your blood pressure was 140/74. A blood pressure under 120/80 (both numbers) is normal. If your blood pressure was 120/80 (either number) or higher, we recommend lifestyle changes (weight loss, exercise, decreased alcohol consumption, and a diet low in salt and fat and high in fiber) and to have your blood pressure rechecked within 1 year. If your blood pressure was 140/90 (either number) or higher, we recommend lifestyle changes and to call your primary care physician (or a clinic - see list) tomorrow to schedule a blood pressure recheck within 2 weeks. If you have a second blood pressure reading of 140/90 (either number) or higher, your follow up should include medications for blood pressure, blood tests and an EKG.

If you do not already have a primary care provider, please call to obtain a primary care provider from the list below.

**Community Clinics List:**

Alameda County Medical Center HIGHLAND Clinics, (510) 437-8500, 1411 East 31st St, Oakland, **NOTE: If you are uninsured and live in Alameda County, please call ACMC financial counseling at 510-437-4961 to establish a primary care physician**
Antioch Health Center, (925) 427 8775, 3505 Lone Tree Way, 1st Floor, Antioch
Asian Health Services, (510) 986-6800, 818 Webster St, Oakland
BAART Community HealthCare, (510) 232-0874, 1313 Cutting Blvd, Richmond
Bay Point Family Health Center, (877) 9054545, 215 Pacific Ave, Bay Point
Berkeley Free Clinic, (510) 548-2570, 2339 Durant Ave, Berkeley
Berkeley Health Center for Women & Men, (510) 843-6194, 2908 Ellsworth St, Berkeley
Berkeley Mental Health Clinic, (510) 981-5290, 2640 Martin Luther King Way, Berkeley
Berkeley Public Health Clinic, (510) 981-5350, 830 University Ave, Berkeley
Brentwood Health Center, (925)757-5496, 171 Sand Creek Rd, Suite A, Brentwood
Brighter Beginnings Family Health, (510) 213-6681, 2727 Macdonald Ave, Richmond. Rotacare Free Clinic at Brighter Beginnings, (510) 213-6678
Concentra Richmond Urgent Care, (510) 222-8000, 2970 Hilltop Mall Rd, Richmond
Concord Health Center, (925) 646 5535, 3052 Willow Pass Rd, Concord
Contra Costa Regional Medical Center, (925) 370 5000, 2500 Alhambra Ave, Martinez
**NOTE: If you are uninsured and live in Contra Costa County, go to www.cchealth.org or call financial counseling at 800-771-4270 to establish a primary care physician**
Davis Street Family Resource Ctr, (510) 347-4620, 3081 Teagarden St, San Leandro
East Oakland Health Center, (510) 430-9401, 7450 International Blvd, Oakland
Eastmont Wellness Center, (510) 577-5668, 6955 Foothill Blvd, Oakland
James Watson Wellness Center, (510)444-9460, 5709 Market St, Oakland
La Clinica Fruitvale, (510) 535-4000, 1515 Fruitvale Ave, Oakland
La Clinica San Antonio Health Center, 510-238-5400, 1030 International Blvd, Oakland
LifeLong Ashby Health Center, (510) 981-4100, 3075 Adeline St, Suite 280, Berkeley
LifeLong Berkeley Immediate Care, (510) 204-7979, 2001 Dwight Wy, #1388 Berkeley
LifeLong Brookside Richmond, (510) 215-5001, 1030 Nevin Ave, Richmond
LifeLong Brookside San Pablo, (510) 215-9092, 2023 Vale Rd, San Pablo
LifeLong Downtown Oakland, (510) 981-4100, 616 16th St, Oakland
LifeLong East Oakland, (510) 981-4100, 10700 MacArthur Blvd, Suite 14B, Oakland
LifeLong Howard Daniel Clinic, (510) 981-4100, 9933 MacArthur Blvd, Oakland

LifeLong Over 60s Health Center, (510) 981-4100, 3260 Sacramento St, Berkeley
LifeLong Pinole Health Center, (510) 981-3255, 1690 San Pablo Avenue Pinole
LifeLong Rodeo Health Center, 510-981-3255, 2 California Street, Rodeo
LifeLong Richmond Health Ctr, (510) 233-2514, 2600 MacDonald Ave, Ste B, Richmond
LifeLong - San Pablo Urgent Care, (510) 231-9800, 2023 Vale Road, San Pablo
LifeLong - Trust Health Center, (510) 210-5050, 386 14th Street, Oakland
LifeLong - West Berkeley Family Practice, (510) 981-4100, 2031 Sixth St, Berkeley
LifeLong William Jenkins Pediatric Health Ctr, (510) 237-9537, 150 Harbour Way, Richmond
Martinez Health Center, (925) 370-5000, 2500 Alhambra Ave, Martinez
Native American Health Center, (510) 535-4400, 2950 International Blvd, Oakland
North Richmond Center for Health, (877) 905 4545, 1501 Fred Jackson Way, Richmond
Order of Malta Free Clinic, (510)587-3000, 2121 Harrison St, #101, Oakland
Pittsburg Health Center, (925) 757 5496, 2311 Loveridge Rd, Pittsburg
Richmond Health Center, (877) 905-4545, 100 38th Street, Richmond
Roots Community Health Center, (510) 777-1177, 9925 International Blvd, Oakland
Sutter Berkeley Urgent Care, (510) 204-5514, 2500 Milvia St., Berkeley
Webster Medical Clinic, (510) 922-8611, 401 29th St, #111, Oakland
West County Health Center, (510) 231-9400, 13601 San Pablo Ave, San Pablo
West Oakland Health Center, (510) 835-9610, 700 Adeline St, Oakland

**You can also call (510) 869-6777 to speak with a Health Match Physician Referral representative.**

## COVID TESTED DISCHARGE INSTRUCTIONS:

\*\* We have a process for contacting you based on your registration information when the test results are back. We do not run the test inside the hospital, and we wait to get results from an outside lab. These results typically take 3-5 days depending on how busy the lab is. You will be contacted BY THE HOSPITAL when we receive the test results, both if a negative result or a positive result. The Emergency Department does NOT manage these particular test results or manage the communication of results back to the patient. If you call the Emergency Department inquiring about your results, we do not have the ability to provide you information about results. You will be asked to wait for the hospital to contact you when the results are back. We understand your anxiety and are doing our best to expedite this process. \*\*

### Coronavirus (COVID-19)
Coronavirus (COVID-19) is a new viral disease that can spread from person to person. Most people with COVID-19 have respiratory illness (in nose, sinuses, throat and lungs) and can get better on their own at home.
A small number of people with COVID-19 have serious problems, like pneumonia or lack of oxygen and need to be in the hospital. In extreme cases, it can lead to organ damage or be life threatening. Because COVID-19 is new, we are still learning how it affects the body and how to treat it.

### Symptoms of COVID-19
People with these symptoms or combinations of symptoms may have COVID-19:
- Cough
- Shortness of breath or **difficulty breathing**
  - **Seek care right away if you have difficulty breathing**
- Fever: temperature of 100.0°F or higher
- Chills
- Muscle pain
- Headache
- Sore throat

- New loss of taste or smell

You may also feel tired, have a headache or runny nose, or congestion. Some people have nausea, vomiting, diarrhea, or loss of appetite. Few people have reported skin rashes or skin discoloration. These symptoms often happen with other COVID-19 symptoms.

## What is the treatment for COVID-19?
Talk to your healthcare provider about ways to treat your symptoms. See below for ideas. If you are seriously ill, you might need to be treated in the hospital. Please do **not** try any new medicines or treatments for COVID-19 without talking to a healthcare provider first.

## Caring for COVID-19 symptoms
- Take over-the-counter and/or prescription medicines as instructed by your healthcare provider.
- Get plenty of rest.
- Drink adequate water or juice to replace fluids lost from fever. Drink enough that your urine (pee) is light yellow.
  - If you have heart or kidney problems or diabetes, follow instructions from your healthcare provider about how much to drink.
- Use cool mist humidifiers to help ease congestion and coughing.
- Use pillows to prop yourself up to make it easier to breathe and sleep. You may also find it easier to sleep on your stomach.
- Do not smoke or vape any products. Do not use chewing tobacco.
- Do not drink alcohol including beer, wine or mixed drinks.

## Seek medical care if you get worse
Most people with COVID-19 seem to get better after about two weeks.
In few cases, people get worse very quickly after being sick, or even when starting to feel better. This can happen around 5-12 days after you first have symptoms. It is very important to watch how you are feeling during this time. If you get worse or do not get better as expected, contact your healthcare provider or seek care. Do not try to "tough it out." If you visit a care center, call first. Tell them that you have or may have COVID-19.

## What can I do to feel better emotionally?
You might be feeling anxious, stressed or lonely. Connect with people you enjoy. To talk to a trained counselor, call the Disaster Distress Helpline: 800-985-5990 or text "TalkWithUs" to 66746.

**Sutter Health Resources** www.sutterhealth.org/for-patients/health-alerts/2019-novel-coronavirus
- Call the COVID-19 Nurse Advice Line at 866-961-2889 to speak to a registered nurse with questions and concerns.
- Schedule a virtual care visit with a clinician by using My Health Online (www.sutterhealth.org/myhealthonline) or calling 1-800-972-5547.

## Other Resources
- Dial 211 (Deaf and Hearing Impaired 711) to connect with local resources such as food, housing and more. Or visit www.211.org
- Centers for Disease Control and Prevention (CDC): www.cdc.gov/coronavirus/ for the latest information on COVID-19.

For CDC information in other languages: https://www.cdc.gov/coronavirus/2019-ncov/communication/print-resources.html?Sort=Date%3A%3Adesc&CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fcommunication%2Ffactsheets.html

<u>**INSTRUCTIONS FROM THE DEPARTMENT OF PUBLIC HEALTH:**</u>



**ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY**
**Colleen Chawla**, Director **PUBLIC HEALTH DEPARTMENT**
**Kimi Watkins-Tartt**, Director www.acphd.org
**Erica Pan**, MD, MPH, Interim County Health Officer

| **Home Isolation and Quarantine Instructions for People with Coronavirus-2019 (COVID-19) Infection and their Household or Close Contacts** |
|---|

**1)**   If you have a lab confirmation of or a doctor's diagnosis of COVID-19, you are subject to Health Officer Order of Isolation at   http://www.acphd.org/2019-ncov/resources/quarantine-and-isolation

**2)**   If you are a household or close contact to a person with COVID-19, you are subject to Health Officer Order of Quarantine at   http://www.acphd.org/2019-ncov/resources/quarantine-and-isolation

**3)**      If you are awaiting test results, follow Isolation Instructions until results arrive. If your results are negative, nothing further needs to be done, these instructions do not apply to you.

| **Home Isolation Instructions** | |
|---|---|
| | **Home Quarantine Instructions** |
| If you have been diagnosed with COVID-19 OR you are awaiting COVID-19 test results, you must follow these Home Isolation steps to prevent the spread of disease. | If you live in the same household OR had close contact with someone diagnosed with COVID-19 (including contact from 48 hours before they experienced any symptoms until they self-isolated) you must follow these Home Quarantine steps. It can take 2-14 days to show symptoms, so you may not know for up to 14 days if you are infected or not. It is critical to stay home and monitor your own health during this time to prevent passing on potential infection to anyone else. |
| **Stay home until you are recovered** | |
| <ul><li>Most people with COVID-19 will have mild illness and can get better with proper home care without the need to see a provider. If you are 65 years and older, pregnant, or have a health condition such as heart disease, asthma, lung disease, diabetes, kidney disease, or a weakened immune system, you are at a higher risk of more serious illness or complications.</li><li>Do not go to work, school, or public areas.</li><li>Stay home until at least 7 days after you first became ill <u>AND</u> at least 3 days after you</li></ul> | **Stay home to see if you develop symptoms**<br><br><ul><li>Your last day of quarantine is 15 days from when you were last in close contact with the person with COVID-19. If you continue close contact, the 15-day quarantine period will have to restart.<ul><li>Close contact means that you've been within 6 feet of the person with COVID-19 for more than</li></ul></li></ul> |

have recovered. Recovery means that your fever is gone for 72 hours without the use of fever-reducing medications (e.g. Tylenol®) and your respiratory symptoms (e.g. cough, shortness of breath) have improved.

- If you never became ill but have COVID-19, stay home for at least 7 days following the date of your test.
- People in your home, your intimate partners, and caregivers are considered "close contacts" and should follow the Home Quarantine Instructions. This includes persons who had close contact with you from 48 hours before your symptoms began until you isolated yourself. Please share this document with them.

**What if you can't separate yourself from others?**
- Anyone who continues to be in close contact with you will need to begin a new quarantine cycle of 15 days from the last day they had close contact with you, or from the date you are released.

10 minutes or touched body fluids or secretions without using the appropriate precautions.
- o   If you are unable to avoid close contact, you must stay in quarantine until 15 days from when the person with COVID-19 completes their isolation period. This is likely to be at least 21 days total.

**What if you develop symptoms?**
- If you develop symptoms, you may have COVID-19 and you should follow the Home Isolation Instructions.
- Monitor your symptoms closely and seek medical care if symptoms become severe. You do not need to be tested just to confirm infection as most persons with respiratory infection, including COVID-19, will have mild illness which can get better with home care.

**More on Next Page ◆◆**

## Restrictions and Information Applying to Both Those in
## Home Isolation and Quarantine

- Stay home. Do not go to work, school, or public areas.
- Separate yourself from others in your home. Stay in a specific room and away from other people in your home as much as possible. It is very important to stay away from people who are at higher risk of serious illness.
- Use a separate bathroom, if available.
- Do not prepare or serve food to others
- Do not allow visitors into your home.
- Do not use public transportation, ride shares or taxis.

**Prevent the spread:**

- Cover your coughs and sneezes. Cover your mouth and nose with a tissue or sneeze into your sleeve -- not into your hands -- then throw away the tissue into a lined trash can and immediately wash your hands.

- Wash your hands often and thoroughly with soap and water for at least 20 seconds - especially after coughing, sneezing, or blowing your nose, or after going to the bathroom. Alcohol-based hand sanitizer with a minimum content of 62% alcohol can be used instead of soap and water if the hands are not visibly dirty.

- Avoid sharing household items. Do not share dishes, cups, utensils, towels, bedding and other items with people in your home. After using these items, wash them thoroughly with soap and water. Laundry may be washed in a standard washing machine with warm water and detergent; bleach may be added but is not necessary.

- Clean and disinfect all "high-touch" surfaces every day. High touch surfaces include, e.g. counters, tabletops, doorknobs, fixtures, toilets, phones, tv remotes, keys, keyboards, tables, and bedside tables. Also, clean and disinfect any surfaces that may have body fluids on them. Use household cleaning and disinfectant sprays or wipes, according to the product label instructions.

**Practice home care:**

- Rest, drink plenty of fluids, take acetaminophen (Tylenol®) to reduce fever and pain.
  - o Note that children younger than age 2 should not be given any over-the-counter cold medication without first speaking with a doctor.
  - o Note that medicines do not "cure" COVID-19 and do not stop you from spreading the germs.

- Seek medical care if your symptoms get worse, especially if you are at a higher risk of serious illness.

- **Symptoms that indicate you should seek medical care include**:







**Difficulty Breathing**   **Can't keep fluids down**   **Dehydration**   **Confusion**   **Other serious symptoms**

Case: 19-40887   Doc# 135   Filed: 07/06/20   Entered: 07/06/20 09:54:15   Page 17 of 31

- If possible, call ahead <u>before</u> going to your doctor's office or hospital and tell them you are in Isolation for COVID-19 to prepare health care personnel for your arrival and protect others from getting infected.
  - o <u>Do not</u> wait in any waiting rooms and wear a facemask at all times if possible.
  - o If you call 911, you must notify the dispatch and paramedics that you are under isolation for COVID-19.
  - o Do NOT use public transportation.

**Will public health notify my workplace?**
Public Health will not notify or release any personal information about you to your workplace unless it is necessary to do to protect your health or the health of others.

## Thank you for your cooperation in this important public health matter.

COVID-19 can be stressful for people, here are some tips for managing emotional health during uncertain times: http://www.acphd.org/media/558462/covid19-managing-emotional-health-20200306.pdf.

Expanded versions of these instructions and all Health Officer Orders are available at: http://www.acphd.org/2019-ncov/resources/quarantine-and- isolation. If you have additional questions, please visit www.acphd.org, call our general COVID line at 510-268-2101 or email us at ncov@acgov.org.

**HEALTH OFFICER ORDER FOR THE CONTROL OF COVID-19: No. 20-05**

Public Health Emergency **Isolation** Order
Date Order Issued: April 3, 2020
This Order is in effect until rescinded in writing by the Health Officer.

### SUMMARY OF THE ORDER

**California is in a State of Emergency because of the COVID-19 pandemic.** The spread of Novel Coronavirus (COVID-19) is a substantial danger to the health of the public within the County of Alameda. COVID-19 can easily spread between people who are in close contact with one another. This Order is issued based on scientific evidence and best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to Coronavirus Disease 2019 (COVID-19). The age, condition, and health of a significant portion of the population of the County of Alameda ("County") places it at risk for serious health complications, including death, from COVID-19. There is growing evidence of transmission risk from infected persons before the onset of symptoms. Thus, all individuals who contract COVID-19, regardless of their level of symptoms (none, mild or severe), may place other vulnerable members of the public at significant risk. Currently, there is no vaccine to protect against COVID-19 and no specific treatment.

To help slow COVID-19's spread, protect vulnerable individuals, and prevent the healthcare system in the County of Alameda from being overwhelmed, it is necessary for the Alameda County Public Health Department ("Public Health") to isolate persons with COVID-19.

### UNDER THE AUTHORITY OF THE CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE COUNTY OF ALAMEDA HEALTH OFFICER ORDERS:

**All individuals who have been diagnosed with or are likely to have COVID-19 must isolate themselves. These persons are required to follow all instructions in this Order and the Public Health guidance documents referenced in this Order.**

**Violation of this Order is a crime, punishable by a fine of up to $10,000 and/or a year in jail. (Health & Saf. Code §§ 120295 et seq.; Cal. Penal Code §§ 69 & 148)**

*Isolation Requirements for Individuals Diagnosed with or Likely to have COVID-19*

A. **All individuals who have been diagnosed with or are likely to have COVID-19 must immediately take the following actions**:
   1. **Isolate themselves** in their home or another residence. They may not leave their place of isolation or enter any other public or private place, except to receive necessary medical care.
   2. Carefully review and closely follow all requirements listed in the "Home Isolation Instructions" posted at http://www.acphd.org/2019-ncov/resources/quarantine-and-isolation and attached to this order

3. Tell their close contacts that they need to quarantine themselves. Close contacts who should be notified to self-quarantine are people who were with them during their infectious period. The infectious period starts from 48 hours before symptoms began (or the date of the positive test if no symptoms) and ends when the isolation period is over (see Section C below). Close contacts are persons who:
   - Live in or have stayed at their residence OR
   - Are intimate sexual partners OR
   - Provide or provided care to them without wearing a mask, gown, and gloves.
4. Refer them to the "Home Quarantine Instructions", posted at http://www.acphd.org/2019- ncov/resources/quarantine-and-isolation, which describe steps that household contacts, intimate partners, and caregivers must take to prevent spread of COVID-19. Close contacts have likely been exposed to COVID-19 and if infected, can easily spread COVID-19 to others, even if they have only mild symptoms.

**B. Individuals are required to isolate themselves because they have or are likely to have COVID-19.**

This determination is based on one or more of the following factors:
a) A positive lab test for the coronavirus (known as SARS-CoV-2) that causes COVID-19
b) Signs and symptoms that are consistent with COVID-19 within 14 days of being in close contact with a person who had or was believed to have had COVID-19 OR
c) A health care provider has informed the individual that they are likely to have COVID-19.

Self-isolation is required because a person infected with or likely to have COVID-19 can easily spread the virus to others. Isolation separates these ill individuals from others to prevent the spread of COVID-19.

**C. Isolated individuals must isolate themselves in a residence and follow all directions in this Order until they are no longer at risk for spreading COVID-19 based on the following criteria:**

a) At least 3 days (72 hours) have passed since recovery, defined as resolution of both fever without the use of fever-reducing medications and improvement of cough, shortness of breath and other symptoms; AND
b) At least 7 days have passed since their symptoms started; whichever is later.
c) Individuals with a positive test who never develop symptoms must isolate for 7 days from date of test. The Health Officer may take additional action(s), which may include civil detention or requiring one to stay at a health facility or other location, to protect the public's health if an individual who is subject to this Order violates or fails to comply with this Order. Violation of this Order is also a misdemeanor punishable by imprisonment, fine or both.

**IT IS SO ORDERED:**

*Erica Pan*

Dr. Erica Pan
Interim Health Officer, County of Alameda
April 3, 2020
Date

Case: 19-40887    Doc# 135    Filed: 07/06/20    Entered: 07/06/20 09:54:15    Page 21 of
31

**HEALTH OFFICER ORDER FOR THE CONTROL OF COVID-19: No.**
**20-06**

Public Health Emergency **Quarantine** Order
Date Order Issued: April 3, 2020
This Order is in effect until rescinded in writing by the Health Officer.

### SUMMARY OF THE ORDER

**California is in a State of Emergency because of the COVID-19 pandemic.** The spread of Novel Coronavirus (COVID-19) is a substantial danger to the health of the public within the County of Alameda. COVID-19 can easily spread between people who are in close contact with one another. This Order is issued based on scientific evidence and best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to Coronavirus Disease 2019 (COVID-19). The age, condition, and health of a significant portion of the population of the County of Alameda ("County") places it at risk for serious health complications, including death, from COVID-19. There is growing evidence of transmission risk from infected persons before the onset of symptoms. Thus, all individuals who contract COVID-19, regardless of their level of symptoms (none, mild or severe), may place other vulnerable members of the public at significant risk. Currently, there is no vaccine available to protect against COVID-19 and no specific treatment.

To help slow COVID-19's spread, protect vulnerable individuals, and prevent the healthcare system in Alameda County from being overwhelmed, it is necessary for the County of Alameda Public Health Officer ("Health Officer") to require the quarantine of persons exposed to a person diagnosed with COVID-19. Quarantine separates individuals who were exposed to COVID-19 from others, until it is determined that they are not at risk for spreading the disease.

### UNDER THE AUTHORITY OF THE CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE COUNTY OF ALAMEDA HEALTH OFFICER ORDERS:

**All household members, intimate partners, and caregivers of a person with COVID-19 must quarantine themselves. These persons are required to follow all instructions in this Order and the Public Health guidance documents referenced in this Order.**

**Violation of this Order is a crime, punishable by a fine of up to $10,000 and/or a year in jail. (Health & Saf. Code §§ 120295 et seq.; Cal. Penal Code §§ 69 & 148)**

***Quarantine Requirements for Household Contacts, Intimate Partners, and Caregivers of Persons with COVID-19***

Close contacts to persons with COVID-19 ("cases") are defined as individuals who:
- Live in or have stayed at the case's residence OR
- Are intimate sexual partners of the case OR
- Provide or provided care to the case without wearing a mask, gown, and gloves.

AND

This contact occurred while the case was determined to be infectious. A case is infectious from 48 hours before their symptoms began and until they are released from isolation.


**All individuals who have been identified as close contacts to a person with COVID-19 must immediately take the following actions:**


1. Stay in their home or another residence through 14 days from the last date that they were in contact with the person infected or likely to be infected with COVID-19. Individuals are required to quarantine themselves for the entirety of the 14-day incubation period because they are at high risk for developing and spreading COVID-19.
2. Quarantined persons may not leave their place of quarantine or enter any other public or private place except to receive necessary medical care.
3. Carefully <u>review</u> and closely <u>follow</u> all requirements listed in the "Home Quarantine Instructions," at <u>http://www.acphd.org/2019-ncov/resources/quarantine-and-isolation</u>.
4. If a quarantined person becomes sick with fever, cough, or shortness of breath (even if their symptoms are very mild), they should isolate themselves at home and away from other people and follow the "Home Isolation Instructions," posted at <u>http://www.acphd.org/2019- ncov/resources/quarantine-and-isolation</u>.  This is because they are likely to have COVID-19 and if so, can spread it to vulnerable individuals.

The Health Officer may take additional action(s), which may include civil detention or requiring one to stay at a health facility or other location, to protect the public's health if an individual who is subject to this Order violates or fails to comply with this Order. Violation of this Order is also a misdemeanor punishable by imprisonment, fine or both.

**IT IS SO ORDERED:**

*(signature)*

Dr. Erica Pan
Interim Health Officer, County of Alameda
April 3, 2020
Date

**\*\*FOR ALL PATIENTS\*\***

Our Berkeley Emergency Medical Group (BEMG) doctors and advance practice providers always strive to provide compassionate and high-quality care to every patient at Alta Bates Summit Emergency Department. We hope that during your visit we communicated well, addressed all your concerns, kept you informed, and provided you with a clear discharge plan. If there is anything else we can do for your today, please let us know.

In the next few weeks, you will receive a survey about your experience in our Emergency Department. Please take a few minutes to complete the survey as your feedback is vital. It is very important for us to hear about both positive patient experiences and areas where you feel we could make improvements.

Thank you for choosing Alta Bates Summit Medical Center Emergency Department for your medical care today!

-----------------------------------------------------------------------------------------------------------

If you were given a prescription today, please get it filled within 24 hours and take the medication(s) as directed.

If you should contact your primary doctor or clinic for follow up, ask your doctor to call for records of this visit.

Be advised that all after-hours X-ray readings are preliminary. If your X-rays were done at night, then they will be officially interpreted by the Radiologist in the morning. We will call to notify you if there are any emergent findings there were not initially noted or may require a change in your treatment plan.

If an HIV screening test was done during your emergency department (ED) visit, we do not notify people if they have a negative test results. You would be contacted directly about a positive test result by your ED provider during your ED visit or East Bay AIDS clinic (EBAC) staff if your result came back after your ED visit. If you have questions about the HIV screening program, please call EBAC at (510) 504-6261. The ED will not disclose results over the phone.

For copies of your records or other records requests, we refer you to call ABSMC Medical Records:
　　　Alta Bates (Ashby/Berkeley) 510-204-1440
　　　Summit (Oakland) 510-869-6545.

If you have been asked to return to the ED for a followup visit for a wound check or other recheck, we recommend the best time to come for a recheck is at 10:00AM on the day requested.
IF YOU BELIEVE THAT YOUR CONDITION HAS WORSENED OR NEW PROBLEMS DEVELOP, PLEASE RETURN TO THE EMERGENCY DEPARTMENT OR SEE YOUR DOCTOR IMMEDIATELY.

Today your blood pressure was 140/74. A blood pressure under 120/80 (both numbers) is normal. If your blood pressure was 120/80 (either number) or higher, we recommend lifestyle changes (weight loss, exercise, decreased alcohol consumption, and a diet low in salt and fat and high in fiber) and to have your blood pressure rechecked within 1 year. If your blood pressure was 140/90 (either number) or higher, we recommend lifestyle changes and to call your primary care physician (or a clinic - see list) tomorrow to schedule a blood pressure recheck within 2 weeks. If you have a second blood pressure reading of 140/90 (either number) or higher, your follow up should include medications for blood pressure, blood tests and an EKG.

**Community Clinics List:**

Alameda County Medical Center HIGHLAND Clinics, (510) 437-8500, 1411 East 31st St, Oakland, **_NOTE: If you are uninsured, please call Highland financial counseling 510-437-4961 to help start the process to obtain a clinic appointment._**

Antioch Health Center, (925) 427 8775, 3505 Lone Tree Way, 1st Floor, Antioch
Asian Health Services, (510) 986-6800, 818 Webster St, Oakland
BAART Community HealthCare, (510) 232-0874, 1313 Cutting Blvd, Richmond
Bay Point Family Health Center, (877) 9054545, 215 Pacific Ave, Bay Point
Berkeley Free Clinic, (510) 548-2570, 2339 Durant Ave, Berkeley
Berkeley Health Center for Women & Men, (510) 843-6194, 2908 Ellsworth St, Berkeley
Berkeley Mental Health Clinic, (510) 981-5290, 2640 Martin Luther King Way, Berkeley
Berkeley Public Health Clinic, (510) 981-5350, 830 University Ave, Berkeley
Brentwoood Health Center, (925)757-5496, 171 Sand Creek Rd, Suite A, Brentwood
Brighter Beginnings Family Health, (510) 213-6681, 2727 Macdonald Ave, Richmond. Rotacare Free Clinic at Brighter Beginnings, (510) 213-6678
Concentra Richmond Urgent Care, (510) 222-8000, 2970 Hilltop Mall Rd, Richmond
Concord Health Center, (925) 646 5535, 3052 Willow Pass Rd, Concord
Contra Costa Regional Medical Center, (925) 370 5000, 2500 Alhambra Ave, Martinez
East Oakland Health Center, (510) 430-9401, 7450 International Blvd., Oakland
Eastmont Wellness Center, (510) 577-5668, 6955 Foothill Blvd, Oakland
James Watson Wellness Center, (510)444-9460, 5709 Market St, Oakland
La Clinica - Fruitvale, (510) 535-4000, 1515 Fruitvale Ave, Oakland
La Clinica - San Antonio Health Center, 510-238-5400, 1030 International Blvd, Oakland
LifeLong - Berkeley Primary Care Access, (510) 204-4666, 2001 Dwight Way, Berkeley
LifeLong - Brookside Richmond, (510) 215-5001, 1030 Nevin Ave, Richmond
LifeLong - Brookside San Pablo, (510) 215-9092, 2023 Vale Road, San Pablo
LifeLong - Downtown Oakland, (510) 451-1273, 616 16th Streeet, Oakland
LifeLong - East Oakland, (510) 563-4300, 10700 MacArthur Blvd, Suite 14B, Oakland
LifeLong - Howard Daniel Clinic, (510) 981-4100, 9933 MacArthur Blvd, Oakland
LifeLong - Dr. Jenkins Pediatrics, (510) 237-9537, 120 Broadway, Ste 4, Richmond
LifeLong - Over 60s Health Center, (510) 601-6060 , 3260 Sacramento St, Berkeley
LifeLong - Richmond, (510) 233-2514, 2600 Macdonald Ave, Ste B, Richmond
LifeLong - San Pablo Urgent Care, (510) 231-9800, 2023 Vale Road, San Pablo
LifeLong - West Berkeley Family Practice, (510) 704-6000, 2031 Sixth St, Berkeley
Martinez Health Center, (925) 370-5000, 2500 Alhambra Ave, Martinez
Native American Health Center, (510) 535-4400, 2950 International Blvd, Oakland
North Richmond Center for Health, (877) 905 4545, 1501 Fred Jackson Way, Richmond
Order of Malta Free Clinic, (510)587-3000, 2121 Harrison St, #101, Oakland
Pittsburg Health Center, (925) 757 5496, 2311 Loveridge Rd, Pittsburg
Richmond Health Center, (877) 905-4545, 100 38th Street, Richmond
Sutter Berkeley Urgent Care, (510) 204-5514, 2500 Milvia St., Berkeley
West County Health Center, (510) 231-9400, 13601 San Pablo Ave, San Pablo
West Oakland Health Center, (510) 835-9610, 700 Adeline St, Oakland

**_If you do not have a primary care doctor and wish to arrange for one, please call (510) 869-6777 to speak with a Health Match Physician Referral representative. Contra Costa residents can also visit www.cchealth.org or call 2-1-1._**



## Viral Illness, Adult

Viruses are tiny germs that can get into a person's body and cause illness. There are many different types of viruses, and they cause many types of illness. Viral illnesses can range from mild to severe. They can affect various parts of the body.

Common illnesses that are caused by a virus include colds and the flu. Viral illnesses also include serious conditions such as HIV/AIDS (*human immunodeficiency virus/acquired immunodeficiency syndrome*). A few viruses have been linked to certain cancers.

# What are the causes?

Many types of viruses can cause illness. Viruses invade cells in your body, multiply, and cause the infected cells to malfunction or die. When the cell dies, it releases more of the virus. When this happens, you develop symptoms of the illness, and the virus continues to spread to other cells. If the virus takes over the function of the cell, it can cause the cell to divide and grow out of control, as is the case when a virus causes cancer.

Different viruses get into the body in different ways. You can get a virus by:

- Swallowing food or water that is contaminated with the virus.
- Breathing in droplets that have been coughed or sneezed into the air by an infected person.
- Touching a surface that has been contaminated with the virus and then touching your eyes, nose, or mouth.
- Being bitten by an insect or animal that carries the virus.
- Having sexual contact with a person who is infected with the virus.
- Being exposed to blood or fluids that contain the virus, either through an open cut or during a transfusion.

If a virus enters your body, your body's defense system (*immune system*) will try to fight the virus. You may be at higher risk for a viral illness if your immune system is weak.

# What are the signs or symptoms?

Symptoms vary depending on the type of virus and the location of the cells that it invades. Common symptoms of the main types of viral illnesses include:

**Cold and flu viruses**

- Fever.
- Headache.
- Sore throat.
- Muscle aches.
- Nasal congestion.
- Cough.

**Digestive system (gastrointestinal) viruses**

- Fever.
- Abdominal pain.
- Nausea.
- Diarrhea.

Case: 19-40887     Doc# 135     Filed: 07/06/20     Entered: 07/06/20 09:54:15     Page 26 of 31

**Liver viruses (hepatitis)**

- Loss of appetite.
- Tiredness.
- Yellowing of the skin (*jaundice*).

**Brain and spinal cord viruses**

- Fever.
- Headache.
- Stiff neck.
- Nausea and vomiting.
- Confusion or sleepiness.

**Skin viruses**

- Warts.
- Itching.
- Rash.

**Sexually transmitted viruses**

- Discharge.
- Swelling.
- Redness.
- Rash.

## How is this treated?

Viruses can be difficult to treat because they live within cells. Antibiotic medicines do not treat viruses because these drugs do not get inside cells. Treatment for a viral illness may include:

- Resting and drinking plenty of fluids.
- Medicines to relieve symptoms. These can include over-the-counter medicine for pain and fever, medicines for cough or congestion, and medicines to relieve diarrhea.
- Antiviral medicines. These drugs are available only for certain types of viruses. They may help reduce flu symptoms if taken early. There are also many antiviral medicines for hepatitis and HIV/AIDS.

Some viral illnesses can be prevented with vaccinations. A common example is the flu shot.

## Follow these instructions at home:

**Medicines**



- Take over-the-counter and prescription medicines only as told by your health care provider.
- If you were prescribed an antiviral medicine, take it as told by your health care provider. **Do not** stop taking the medicine even if you start to feel better.
- Be aware of when antibiotics are needed and when they are not needed. Antibiotics do not treat viruses. If your health care provider thinks that you may have a bacterial infection as well as a viral infection, you may get an antibiotic.
  - **Do not** ask for an antibiotic prescription if you have been diagnosed with a viral illness. That will not make your illness go away faster.
  - Frequently taking antibiotics when they are not needed can lead to antibiotic resistance. When this develops, the medicine no longer works against the bacteria that it normally fights.

**General instructions**

- Drink enough fluids to keep your urine clear or pale yellow.
- Rest as much as possible.
- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.
- Keep all follow-up visits as told by your health care provider. This is important.

## How is this prevented?

Take these actions to reduce your risk of viral infection:



- Eat a healthy diet and get enough rest.
- Wash your hands often with soap and water. This is especially important when you are in public places. If soap and water are not available, use hand sanitizer.
- Avoid close contact with friends and family who have a viral illness.
- If you travel to areas where viral gastrointestinal infection is common, avoid drinking water or eating raw food.
- Keep your immunizations up to date. Get a flu shot every year as told by your health care provider.
- **Do not** share toothbrushes, nail clippers, razors, or needles with other people.

Case: 19-40887    Doc# 135    Filed: 07/06/20    Entered: 07/06/20 09:54:15    Page 28 of 31

- Always practice safe sex.

## Contact a health care provider if:

- You have symptoms of a viral illness that do not go away.
- Your symptoms come back after going away.
- Your symptoms get worse.

## Get help right away if:

- You have trouble breathing.
- You have a severe headache or a stiff neck.
- You have severe vomiting or abdominal pain.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 04/28/2017 Document Revised: 11/30/2018 Document Reviewed: 04/28/2017
Elsevier Patient Education © 2020 Elsevier Inc.



**Sutter Health**
Alta Bates Summit
Medical Center

Name: **Mae Phillips**
MRN: 51243931
DOB: 03/22/1947    AGE: 73 year old
Addr: 5273 LOCKSLEY AVENUE
OAKLAND CA 94618
Work: 510-602-0760
Home: 510-602-0760
Mobile: 510-602-0760

**Date: Jul 2, 2020**

**ondansetron (ZOFRAN) 4mg Tab**
Sig: Take one Tab by mouth every 4 hours as needed for Nausea

**Qty Disp:**\*\*10 (Ten) Tab\*\*   **Refills:**\*\*0 (Zero)\*\*   **Start Date:** Jul 2, 2020

Dispense as Written: **No**
**Potts, Brian Richard, MD** -Submittedby Potts, Brian Richard, MD

SupervisingProvider: **Potts, Brian Richard, MD**
**Relevant Clinical Information (for pharmacy use only):**
**Associated Diagnosis:**
Security features: (\*) bordered and spelled quantities, microprint signature line visible at 5X or > magnification that must show "THIS IS AN ORIGINAL PRESCRIPTION" & this description of features.

**Allergies:** Codeine Hydrochloride; Nsaids; and Vicodin [Hydrocodone-Acetaminophen]

**Provider Signature:**                  7/2/20

**Potts, Brian Richard, MD DEA#:BP9652276 NPI#: 1073670931**

Do Not Substitute ☐
Quantity: ☑1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 and over    Unit _____   Refills ☐ ☐ ☐ ☐
                                                                          0   1   2   3

*Alta Bates Summit Medical Center*
**Emergency Department**
GACH DHS #140000004
2450 Ashby Avenue • Berkeley, CA 94705
510-204-2500

Designated prescriber
**Brian Potts, M.D.**
Medical Director
DEA#: BP9652276
CA LIC#: A93786
NPI#: 1073670931

Prescription is void if the number of drugs prescribed is not noted. ____   Prescription is void if handwritten

19219112155
Serial# WCL190807A10154

ABS1CSR-1 Ashby (10/16)     9695907 - ABS1CSR-1 Ashby -008154     SP98



**Sutter Health**
Alta Bates Summit
Medical Center

Name: **Mae Phillips**
MRN: 51243931
DOB: 03/22/1947    AGE: 73 year old
Addr: 5273 LOCKSLEY AVENUE
OAKLAND CA 94618
Work: 510-602-0760
Home: 510-602-0760
Mobile: 510-602-0760

**Date: Jul 2, 2020**

**Celecoxib (CELEBREX) 50 MG Cap**
**Sig:** Take 50 mg by mouth twice daily

**Qty Disp:**\*\*30 (Thirty) Cap\*\*  **Refills:**\*\*0 (Zero)\*\*  **Start Date:** Jul 2, 2020

 has been ok on this in past

Dispense as Written: **No**
**Potts, Brian Richard, MD** -Submittedby Potts, Brian Richard, MD

SupervisingProvider: **Potts, Brian Richard, MD**
**Relevant Clinical Information (for pharmacy use only):**
**Associated Diagnosis:**
Security features: (\*) bordered and spelled quantities, microprint signature line visible at 5X or > magnification that must show "THIS IS AN ORIGINAL PRESCRIPTION" & this description of features.

**Allergies:** Codeine Hydrochloride; Nsaids; and Vicodin [Hydrocodone-Acetaminophen]

**Provider Signature:** _____

**Potts, Brian Richard, MD DEA#:BP9652276 NPI#: 1073670931**

Do Not Substitute ☐
Quantity: ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over   Unit _____ Refills ☐ ☐ ☐ ☐
                                                                                        0  1  2  3

*Alta Bates Summit Medical Center*
**Emergency Department**
GACH DHS #140000004
2450 Ashby Avenue • Berkeley, CA 94705
510-204-2500

Designated prescriber
**Brian Potts, M.D.**
DEA#: BP9652276
Medical Director
CA LIC#: A93786
NPI#: 1073670931

19219112155
Serial# WCL190807A10155

Prescription is void if the number of drugs prescribed is not noted. ____   Prescription is void if handwritten

ABS1CSR-1 Ashby (10/16)

9695907 - ABS1CSR-1 Ashby - 008155

SP98