

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor
Mae Eddie Phillips

The following constitutes the order of the Court.
Signed: July 6, 2020

_____
Charles Novack
U.S. Bankruptcy Judge

# United States Bankruptcy Court

# Northern District of California

In re:

Mae Eddie Phillips

    Debtor.

Case No.: 19-40887 CN

Chapter 13

**ORDER MODIFYING ORDER TO CONVERT TO CHAPTER 7**

CAME ON FOR CONSIDERATION the Debtors' Ex Parte Application to Modify the Order to Convert the above case to Chapter 7, having been read and considered by this Court, and the Court being satisfied that good and sufficient cause exists for granting Debtors' Ex Parte Application:

IT IS, THEREFORE ORDERED pursuant to the provisions of Bankruptcy Rule 9006(b)(1), that Debtor's Ex Parte Application is granted. The sale escrow for the Locksley Property shall close by August 27, 2020. If the sale escrow does not timely close, the Chapter 13 Trustee shall submit an order converting this case to Chapter 7.

Nothing in this order imposes, reinstates or extends the automatic stay.

IT IS FURTHER ORDERED that a status conference is set for September 4, 2020 at at 11:00 a.m. via Tele/Videoconference – www.canb.uscourts.gov/calendar.   CN

\*\*\* END OF ORDER \*\*\*

# Court Service List

None