Entered on Docket
July 09, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor
Mae Eddie Phillips

The following constitutes the order of the Court.
Signed: July 9, 2020

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

## United States Bankruptcy Court

## Northern District of California

In re:

Mae Eddie Phillips

    Debtor.

Case No.: 19-40887 CN

Chapter 13

**ORDER MODIFYING ORDER TO CONVERT TO CHAPTER 7**

Date:   June 12, 2020
Time:  11:00 a.m.
Crtrm:  215

     The debtors' Amended Ex Parte Application to Modify the Order to Convert the above case to Chapter 7, came on for hearing at the above date and time. Appearances were stated on the record. For the reasons set forth on the record, the application is granted.

     IT IS, THEREFORE ORDERED that the sale escrow for the Locksley Property shall close by July 6, 2020. If the sale escrow does not timely close, the Chapter 13 Trustee shall submit an order converting this case to Chapter 7.

     Nothing in this order imposes, reinstates or extends the automatic stay.

*** END OF ORDER ***

# Court Service List

None