

The following constitutes the order of the Court.
Signed: September 9, 2020

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

MAE EDDIE PHILLIPS,

    Debtor.

Case No. 19-40887 CN
Chapter 13

**ORDER CONVERTING CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7**

On September 4, 2020, the court conducted a status conference. Appearances were stated on the record. On July 6, 2020, the court issued an Order Modifying Order to Convert to Chapter 7 [D.E. #136] which states that the sale escrow for the Locksley Property shall close by August 27, 2020. The sale escrow for the Locksley Property did not close by the court's given deadline. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the case is converted to Chapter 7 for failure to comply with the court's July 6, 2020 Order.

                         **\* \* \* END OF ORDER \* \* \***

1

Case No. 19-40887 CN

**COURT SERVICE LIST**

Mae Eddie Phillips
5273 Locksley Avenue
Oakland, CA 94618

Other recipients are ECF participants