# Notice Recipients

| District/Off: 0971–4 | User: dsondheim | Date Created: 9/9/2020 |
|---|---|---|
| Case: 19–40887 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mae Eddie Phillips     5273 Locksley Avenue     Oakland, CA 94618

TOTAL: 1