# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr      US Bank Trust NA

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Michael G. Kasolas | trustee@kasolas.net |
| aty | Kristin A. Zilberstein | Kris.Zilberstein@Padgettlawgroup.com |
| aty | Lemuel Bryant Jaquez | bjaquez@ghidottiberger.com |
| aty | Marc Voisenat | marcvoisenatlawoffice@gmail.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mae Eddie Phillips | 5273 Locksley Avenue    Oakland, CA 94618 |
| cr | U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust    Ghidotti Berger, LLP    1920 Old Tustin Ave    Santa Ana, CA 92705 | |
| smg | Labor Commissioner    1515 Clay St.    Room 801    Oakland, CA 94612 | |
| smg | State Board of Equalization    Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952 | |
| 14962921 | Creditors Bureau USA    c/o Fresno Credit Bureau    P.O. Box 942    Fresno, CA 93721 | |
| 14962922 | Ellen Vander Laon    2325 3rd St. #428    San Francisco, CA 94107 | |
| 14962924 | Internal Revenue Service    Centralized Insolvency Operations    P.O. Box 7346    Philadelphia, PA 19101−7346 | |
| 14962923 | Internal Revenue Service    P.O. Box 145595, Stop 8420G    Cincinnati, OH 45250−5585 | |
| 14962925 | Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101−7346 | |
| 14966832 | Matthew M Spielberg    21855 REDWOOD RD    Castro Valley, CA 94546 | |
| 14962926 | Matthew M. Spielbert    21855 Redwood Rd    Castro Valley, CA 94546 | |
| 15027935 | Robert E. Graves    3211 Idaho Street    Berkeley, CA 94702 | |
| 14962927 | Shellpoint Mortgage    P.O. box 10826    Greenville, SC 29603 | |
| 14962928 | U.S Bank, N.A.    SN Servicing Corporation    325 5th Street    Eureka, CA 95501 | |

TOTAL: 16