IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| MAE EDDIE PHILLIPS | : | BANKRUPTCY NO.: 19-40887-CN |
| | : | DATE: October 28, 2020 |
| Debtor(s) | : | TIME: 10:00 AM |

### NOTICE OF CONTINUED MEETING OF CREDITORS

Michael G. Kasolas, the Chapter 7 trustee (the "Trustee") for the above-captioned case of the debtor(s) hereby provides notice that the meeting of creditors in this case will be conducted remotely by teleconferencing due to the circumstances arising as a result of Covid-19. Due to the public health crisis related to COVID-19, I am implementing the following temporary policies and procedures with respect to ALL Section 341 meetings of creditors in cases assigned, which policies and procedures will take effect immediately.

The conference call in instructions are as follows:

Dial in numbers:

Freephone/Toll* Free Number: (866)755-2895 Local/Toll Number: (517) 444-4377

Participant Passcode: 8000618# (Enter participant passcode followed by a *#* sign)

For the correct dialing procedures, please use this link as follows:
https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

* Restrictions may exist when accessing freephone/toll free numbers using a mobile telephone. Country freephone numbers cannot be used outside of the country listed.

Joining the Conference:

1. You must use a touch-tone phone to participate in an Instant Meeting conference.
2. Dial the appropriate access number.
3. Participants: Enter your numeric participant passcode followed by a # sign.

Telephonic Meeting Protocols:

a. Use a landline, instead of a cell phone, if possible, and do not use a speaker phone.
b. Immediately place phones on mute, listen for your case to be called, and when your case is called, unmute your phone and identify yourself.
c. Participate on the call from a quiet area, if possible, where there is as little background noise as possible.
d. Do not put the phone on hold at any time after the call is connected.
e. If any party is attending the meeting from the same location as another party, use separate touch-tone phones to participate.
f. Once the case meeting is finished, hang up.
g. If anyone is disconnected before the meeting is finished, call back immediately.
h. A language interpreter will be provided by the Limited English Proficiency Program which will be initiated by the Trustee. Please advise via email at your earliest opportunity as to the need for an interpreter and the language to be requested.

Date: October 16, 2020                                                         /s/ Michael G. Kasolas
                                                                                              Michael G. Kasolas, Chapter 7 Trustee