# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: rasingh | Date Created: 10/16/2020 |
| Case: 19–40887 | Form ID: pdfr341 | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      US Bank Trust NA

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      Michael G. Kasolas      trustee@kasolas.net
tract      Richard L. Pierotti      Rpierotti@kpmd.com
aty      Kristin A. Zilberstein      Kris.Zilberstein@Padgettlawgroup.com
aty      Lemuel Bryant Jaquez      bjaquez@ghidottiberger.com
aty      Marc Voisenat      marcvoisenatlawoffice@gmail.com
aty      Mark Bostick      mbostick@wendel.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mae Eddie Phillips      5273 Locksley Avenue      Oakland, CA 94618
cr      U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust      Ghidotti Berger, LLP      1920 Old Tustin Ave      Santa Ana, CA 92705
tract      Richard Pierotti      Kokjer, Pierotti, Maiocco & Duck LLP      333 Pine Street, 5th Floor      San Francisco, CA 94104
smg      Labor Commissioner      1515 Clay St.      Room 801      Oakland, CA 94612
smg      State Board of Equalization      Collection Dept.      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280–0001
smg      CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812–2952
14962921      Creditors Bureau USA      c/o Fresno Credit Bureau      P.O. Box 942      Fresno, CA 93721
14962922      Ellen Vander Laon      2325 3rd St. #428      San Francisco, CA 94107
14962924      Internal Revenue Service      Centralized Insolvency Operations      P.O. Box 7346      Philadelphia, PA 19101–7346
14962923      Internal Revenue Service      P.O. Box 145595, Stop 8420G      Cincinnati, OH 45250–5585
14962925      Internal Revenue Service      P.O. Box 7346      Philadelphia, PA 19101–7346
14966832      Matthew M Spielberg      21855 REDWOOD RD      Castro Valley, CA 94546
14962926      Matthew M. Spielbert      21855 Redwood Rd      Castro Valley, CA 94546
15027935      Robert E. Graves      3211 Idaho Street      Berkeley, CA 94702
14962927      Shellpoint Mortgage      P.O. box 10826      Greenville, SC 29603
14962928      U.S Bank, N.A.      SN Servicing Corporation      325 5th Street      Eureka, CA 95501

TOTAL: 17