United States Bankruptcy Court

Northern District of California

In re:                                                                           Case No. 19-40887-CN

Mae Eddie Phillips                                                     Chapter 7

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0971-4                             User: rrombawa                                   Page 1 of 2

Date Rcvd: Oct 26, 2020                     Form ID: FIN1                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mae Eddie Phillips, 5273 Locksley Avenue, Oakland, CA 94618-1040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020                                 Signature:                     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristin A. Zilberstein | on behalf of Creditor US Bank Trust NA Kris.Zilberstein@Padgettlawgroup.com BKecf@padgettlawgroup.com |
| Lemuel Bryant Jaquez | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust bjaquez@ghidottiberger.com bjaquez13@gmail.com |
| Marc Voisenat | on behalf of Debtor Mae Eddie Phillips marcvoisenatlawoffice@gmail.com R47338@notify.bestcase.com |
| Mark Bostick | on behalf of Trustee Michael G. Kasolas mbostick@wendel.com bankruptcy@wendel.com |
| Michael G. Kasolas | trustee@kasolas.net CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com |
| Office of the U.S. Trustee/Oak | |

USTPRegion17.OA.ECF@usdoj.gov

Richard L. Pierotti

Rpierotti@kpmd.com

TOTAL: 7

Form FIN1

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Mae Eddie Phillips | Case No.: 19–40887 CN 7 |
|---|---|---|
| | fka Mae Eddie Graves | Chapter: 7 |
| | Debtor(s) | |

**NOTICE OF REQUIREMENT TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT (Official Form 423)**

Notice is hereby given that, subject to limited exceptions, each debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, each debtor must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423).

Debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341(Interim Rule Bankruptcy Procedure 1007(c)). Failure to file the certification may result in the case being closed without an entry of discharge. If the debtor(s)subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) may be required to pay the full reopening fee due for filing the motion.

Dated: 10/26/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court