

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: voisenat@gmail.com

Attorney for Debtor
Mae Eddie Phillips

The following constitutes the order of the Court.
Signed: October 30, 2020

_____
Charles Novack
U.S. Bankruptcy Judge

# United States Bankruptcy Court

# Northern District of California

In re:

Mae Eddie Phillips

    Debtor

Case No.: 19-40887

Chapter 7

**ORDER GRANTING CHAPTER 13 FEE APPLICATION OF MARC VOISENAT FOR ALLOWANCE OF FEES AS CHAPTER 13 ADMINISTRATIVE EXPENSE.**

Date:    October 23, 2020
Time:   11:00 a.m.
Crtrm: 215

On October 23, 2020, the court conducted a hearing on the Final Fee Application by Marc Voisenat for Compensation for Legal Services Rendered as Attorney for the Debtor. Appearances were stated on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED that fees and costs of $15,777.17 are approved as a chapter 13 administrative expense. The Chapter 7 trustee is authorized to pay Marc Voisenat $13,777.17.

*** END OF ORDER***

**COURT SERVICE LIST**

NONE