Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Mae Eddie Phillips | Case No.: 19–40887 CN 7 |
|---|---|---|
| | fka  Mae Eddie Graves | Chapter: 7 |
| | Debtor(s) | |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 12/10/20

Claim Number: 6

Creditor: Creditors Bureau USA, c/o Fresno Credit Bureau

Dated: <u>12/11/20</u>　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　　　Edward J. Emmons
　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court